

Eric D. Wong
Tel 973.360.7900
wonge@gtlaw.com

July 14, 2022

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re: ***Klein v. Jelly Belly Candy Company***
> **Docket No. 1:22-CV-05629 (JPC) (JLC)**

Dear Judge Cronan:

    We represent Defendant Jelly Belly Candy Company ("Jelly Belly"), and write regarding our July 7, 2022 pre-motion letter notifying the Court of Jelly Belly's anticipated motion to dismiss the Complaint (ECF No. 4). Plaintiff did not respond to Jelly Belly's pre-motion letter within the time permitted by Rule 6(A) of Your Honor's Individual Rules and Practices in Civil Cases. Accordingly, Jelly Belly respectfully requests that the Court adopt Jelly Belly's proposed briefing schedule, so Jelly Belly may file its motion to dismiss on July 22, 2022.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP
By: ***/s/ Eric D. Wong***
    Eric D. Wong
Attorneys for Defendant

cc: Counsel of Record via ECF and e-mail

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL~
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
~ STRATEGIC ALLIANCE
** OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
  OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP K