**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____X

DAVID KLEIN,

        Plaintiff,

        V.

JELLY BELLY CANDY COMPANY,

        Defendant.
_____X

Civil Action No. 22-cv-05629-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, and permitted by this Court[1], David Klein ("Plaintiff") notice's dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The United States accordingly notices voluntary dismissal of this action, without prejudice. *See,* Fed. R. Civ. P. 41(a)(1)(B).

In alternative, Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff notice's dismissal of this action. Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal is without prejudice. The United States accordingly notices voluntary dismissal of this action, without prejudice. *See,* Fed. R. Civ. P. 41(a)(1)(B). *See,* Fed. R. Civ. P. 41(a)(2).

        [continued]

---

[1] *See,* Doc. No.: 27

[continued]

Respectfully submitted,

Date: 8/26/2022

/s/ Farva Jafri
Farva Jafri, Esq.
*Jafri Law Firm*
50 Evergreen Row
Armonk, NY 10504
(800) 593-7491 (Telephone)
farva@jafrilawfirm.com
*Attorney for Plaintiff*
*David Klein*

cc: Counsel of record (by ECF)